IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MEL OWENS,<br><br>    Plaintiff,<br><br>     v.<br><br>OMNI HOTELS MANAGEMENT<br>CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-699-TWT |

ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 49] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 39]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 39] is GRANTED.

SO ORDERED, this 24 day of April, 2012.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge