IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MEL OWENS,
   Plaintiff,
     v.

OMNI HOTELS MANAGEMENT
CORPORATION, et al.,
   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-699-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 49] of the Magistrate Judge recommending granting the Defendants' Motion for Summary Judgment [Doc. 39]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion for Summary Judgment [Doc. 39] is GRANTED.

SO ORDERED, this 24 day of April, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge